**DISMISS and Opinion Filed June 4, 2024**



In The

## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-24-00416-CR

**CHRISTOPHER LEE CAUDILL, Appellant**
**V.**
**THE STATE OF TEXAS, Appellee**

**On Appeal from the 416th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 416-82928-2023**

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Reichek, and Justice Goldstein
Opinion by Chief Justice Burns

In this case, appellant was charged by indictment with sexual assault. On March 22, 2024, the trial court granted a motion to dismiss. In this case, the record does not show that a judgment of conviction or other appealable order was signed or that sentence was imposed against appellant.

An order granting a motion to dismiss is not an appealable order by the defendant. *See Perez v. State*, No. 04-22-00664-CR, 2023 WL 2297444, at *1 (Tex. App.—San Antonio Mar. 1, 2023, no pet.) (mem op.) (per curiam). We asked the parties to file briefs addressing this Court's jurisdiction. Appellant's counsel filed a

brief stating, "Counsel is aware of no authority that would give the Court of Appeals jurisdiction over a case that was dismissed."

We dismiss the appeal for want of jurisdiction. Appellant's appeal in cause number 05-24-00414-CR remains pending before this Court.

/Robert D. Burns, III/
ROBERT D. BURNS, III
CHIEF JUSTICE

Do Not Publish
TEX. R. APP. P. 47.2(b)

240416F.U05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

CHRISTOPHER LEE CAUDILL, Appellant

No. 05-24-00416-CR    V.

THE STATE OF TEXAS, Appellee

On Appeal from the 416th Judicial District Court, Collin County, Texas
Trial Court Cause No. 416-82928-2023.
Opinion delivered by Chief Justice Burns. Justices Reichek and Goldstein participating.

Based on the Court's opinion of this date, the appeal is **DISMISSED** for want of jurisdiction.

Judgment entered June 4, 2024